# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KEMONTA D. BISHOP**                                                                 **PLAINTIFF**

**v.**                              **Case No. 4:20-cv-00921-LPR**

**KORTNEY KELLY,** *et al*.                                                          **DEFENDANTS**

## ORDER

Plaintiff Kemonta D. Bishop is in custody at the W.C. Dub Brassell Detention Center. He filed a *pro se* complaint under 42 U.S.C. § 1983.  (Doc. 2).  He sued unnamed officers of the Tri-County Drug Task Force and Kortney Kelly, who Mr. Bishop identified as the Sheriff of Jefferson County, Arkansas.  (*Id*.).  On August 19, 2020, the Court screened Mr. Bishop's Complaint under the Prison Litigation Reform Act and *In Forma Pauperis* statute.[1]  (Doc. 4). The Court explained to Mr. Bishop that his Complaint failed to state a claim on which relief may be granted.  (*Id*. at 3-4).  And the Court explained why this was so.  (*Id*.).  Mr. Bishop was given thirty (30) days to file an Amended Complaint.  (*Id*. at 4).  He was warned that his claims would be dismissed without prejudice if he did not do so.  (*Id*.).  The Court directed the Clerk to send the Order to Mr. Bishop.  (*Id*. at 5).  When it appeared Mr. Bishop did not receive the mail from the Court, he was given an additional forty-five (45) days in which to file an Amended Complaint.  (Docs. 5, 6).  More than 45 days have passed and Mr. Bishop has not filed an Amended Complaint.  Accordingly, his claims are dismissed for the reasons set out in the Court's August 19, 2020 Order.  (Doc. 4).

It is, therefore, ORDERED that:

---

[1] 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2)(B).

1. Plaintiff's claims are dismissed without prejudice for failure to state a claim on which relief may be granted.

2. Plaintiff's Complaint (Doc. 2) is dismissed.

3. This dismissal Counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 4th day of December 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE