**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KEMONTA D. BISHOP**                                                                                       **PLAINTIFF**

v.                                     Case No. 4:20-cv-00921-LPR

**KORTNEY KELLY,** *et al.*                                                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that Plaintiff Kemonta D. Bishop's Complaint is dismissed without prejudice. This dismissal counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 4th day of December 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE